## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In Re:**
    Ivy Lawson                               **Chapter 13**
                                               **Case No. 04-43872-JBR**

**Debtor**

---

### MOTION TO ADD CREDITOR

Now comes the Debtor and seeks to add the following unsecured creditor to her bankruptcy petition:

        **Keyspan Energy Delivery**
        PO Box 4300
        Woburn, MA 01888
        Amount Owed:  $2,344.00
        Account #4692614440

**Wherefore,** Debtor requests the Court allow as follows:

1. The Motion to Add Creditor.

2. For such other and further relief as the Court deems just.

                                                  Debtor
                                                  by her attorney,

Date: August 25, 2004                         _John Ullian (KNG)_
                                                  John Ullian, Esq.
                                                  220 Forbes Rd., Ste. 106
                                                  Braintree, MA 02184
                                                  BBO# 542786
                                                  (781) 848-5980

FORM B6F (Official Form 6F) - (9/97)

In re:  **Ivy Lawson**                                        ,        Case No.  **04-43872-JBR**
              Debtor                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 371724380782009-A <br> American Express <br> C/O Law Offices of Mitchell N. Kay <br> PO Box 9123 <br> Newton, MA 02459-9123 | | | | | | | 1,415.00 |
| ACCOUNT NO. 7111817962280200 <br> Costco Wholesale <br> C/O Household Bank (SB), N.A. <br> PO Box 15521 <br> Wilmington, DE 19850-5521 | | | | | | | 2,600.00 |
| ACCOUNT NO. 4417126073936991 <br> First USA <br> C/O Creditors Interchange <br> PO Box 1335 <br> Buffalo, NY 14240-1335 | | | | | | | 5,356.00 |
| ACCOUNT NO. 6035 3200 8893 1298 <br> Home Depot Credit Services <br> Processing Center <br> Des Moines, IA 50364-0500 | | | | | | | 524.00 |
| ACCOUNT NO. 4692614440 <br> Keyspan Energy Delivery <br> PO Box 4300 <br> Woburn, MA 01888 | | | | | | | 2,344.00 |

_2_  Continuation sheets attached

Subtotal ➤ **$12,239.00**

Total ➤

ach-lawson.TIF

FORM B6F - Cont.
(10/89)

In re: **Ivy Lawson**                                                                 , Case No. **04-43872-JBR**
          Debtor                                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 034 5646 137<br>Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | | | | | | 715.00 |
| ACCOUNT NO. 41 024 716 331 0<br>Macy's<br>PO Box 4563<br>Carol STream, IL 60197-4563 | | | | | | | 574.00 |
| ACCOUNT NO. 02609 58350 01<br>Massachusetts Electric<br>Processing Center<br>Woburn, MA 01807-0005 | | | | | | | 543.00 |
| ACCOUNT NO. 5490 9947 4670 8155<br>MBNA America<br>PO Box 15137<br>Wilmington, DE 19886-5137 | | | | | | | 17,799.00 |
| ACCOUNT NO. 4626 8500 1002 5165<br>Metropolitan Credit Union<br>C/O Visa<br>PO Box 780289<br>St. Louis, MO 63179-0289 | | | | | | | 1,891.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ **$21,522.00**
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

ach-lawson.TIF

FORM B6F - Cont.
(10/89)

In re: **Ivy Lawson**                                                                  , Case No. **04-43872-JBR**
              Debtor                                                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 015949600 <br> **Palms Condo Association** <br> C/O Tempus Financial Service <br> PO Box 690895 <br> Orlando, Florida 32869 | | | | | | | 0.00 |
| ACCOUNT NO. 5121 0718 5227 1661 <br> **Sears Gold Mastercard** <br> PO Box 182156 <br> Columbus, OH 43218-2156 | | | | | | | 3,858.00 |
| ACCOUNT NO. <br> **Wells Fargo Financial, Inc.** <br> C/O Richard R. Hubbard, Esq. <br> PO Box 567 <br> Uxbridge, MA 01569 | | | Ayer District Court <br> Docket No. 0448CV0137 | | | | 7,146.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ **$11,004.00**
(Total of this page)

Total ➤ **$44,765.00**
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

ach-lawson.TIF

In re: Ivy Lawson                                         Debtor(s)      Case No. 04-43872-JBR
                                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Amended Schedule F, consisting of ___3___ sheets,
(Total shown on summary page plus 1.)
and that they are true and correct to the best of my knowledge, information, and belief.

Date 8/26/04                                    Signature: _____
                                                              Debtor

Date                                            Signature: _____
                                                (Joint Debtor, if any) (If joint case, both spouses must sign.)

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____    _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.         (Total shown on summary page plus 1.)

Date                                            Signature: _____
                                                (Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

1072   1991 JULIUS BLUMBERG, INC., NYC

ach-lawson.TIF

```
                                         Amended Matrix
American Express                    Ivy Lawson - Ch. 13
C/O Law Offices of Mitchell N. Kay  04-43872-JBR
PO Box 9123
Newton, MA 02459-9123



Centex Home Equity
PO Box 199400
Dallas, TX 75219



Costco Wholesale
C/O Household Bank (SB), N.A.
PO Box 15521
Wilmington, DE 19850-5521



First USA
C/O Creditors Interchange
PO Box 1335
Buffalo, NY 14240-1335



Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500



Keyspan Energy Delivery
PO Box 4300
Woburn, MA 01888



Kohl's
PO Box 2983
Milwaukee, WI 53201-2983



Macy's
PO Box 4563
Carol STream, IL 60197-4563



Massachusetts Electric
Processing Center
Woburn, MA 01807-0005
```

MBNA America
PO Box 15137
Wilmington, DE 19886-5137


Metropolitan Credit Union
C/O Visa
PO Box 780289
St. Louis, MO 63179-0289


Palms Condo Association
C/O Tempus Financial Service
PO Box 690895
Orlando, Florida 32869


Palms Condo Association
PO Box 30041
Tampa, FL 33630


Sears Gold Mastercard
PO Box 182156
Columbus, OH 43218-2156


Town of Westford
Office of the Tax Collector
55 Main Street
Westford, MA 01886


Wells Fargo Financial, Inc.
C/O Richard R. Hubbard, Esq.
PO Box 567
Uxbridge, MA 01569

## CERTIFICATE OF SERVICE

I, John Ullian, certify under the pains and penalties of perjury that I served

the foregoing **MOTION TO ADD CREDITOR** by mailing a copy of same, postage

prepaid, to the following interested parties and everyone on the attached amended matrix.

| | |
|---|---|
| Denise Pappalardo, Esq.<br>Chapter 13 Trustee<br>PO Box 16607<br>Worcester, MA 01601 | Ivy Lawson<br>8 Forge Village Road<br>Westford, MA 01886 |
| U.S. Trustee<br>446 Main Street<br>Worcester, MA 01608 | *Added Creditor:*<br>Keyspan Energy Delivery<br>PO Box 4300<br>Woburn, MA 01888 |
| Christopher Aronson, Esq.<br>Keyspan Energy Delivery<br>52 Second Avenue<br>Waltham, MA 02451<br>*Via Fax # (781) 290-4965<br>& First-Class Mail* | |

Date:  August 25, 2004

*[signature]* John Ullian (KMG)
John Ullian, Esq.
220 Forbes Rd., Ste. 106
Braintree, MA 02184
BBO# 542786
(781) 848-5980

Amended Matrix
Ivy Lawson - Ch. 13
04-43872-JBR

American Express
C/O Law Offices of Mitchell N. Kay
PO Box 9123
Newton, MA 02459-9123


Centex Home Equity
PO Box 199400
Dallas, TX 75219


Costco Wholesale
C/O Household Bank (SB), N.A.
PO Box 15521
Wilmington, DE 19850-5521


First USA
C/O Creditors Interchange
PO Box 1335
Buffalo, NY 14240-1335


Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500


Keyspan Energy Delivery
PO Box 4300
Woburn, MA 01888


Kohl's
PO Box 2983
Milwaukee, WI 53201-2983


Macy's
PO Box 4563
Carol STream, IL 60197-4563


Massachusetts Electric
Processing Center
Woburn, MA 01807-0005

MBNA America
PO Box 15137
Wilmington, DE 19886-5137


Metropolitan Credit Union
C/O Visa
PO Box 780289
St. Louis, MO 63179-0289


Palms Condo Association
C/O Tempus Financial Service
PO Box 690895
Orlando, Florida 32869


Palms Condo Association
PO Box 30041
Tampa, FL 33630


Sears Gold Mastercard
PO Box 182156
Columbus, OH 43218-2156


Town of Westford
Office of the Tax Collector
55 Main Street
Westford, MA 01886


Wells Fargo Financial, Inc.
C/O Richard R. Hubbard, Esq.
PO Box 567
Uxbridge, MA 01569